UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RITA WARD as the Administratrix of the
Estate of William F. Ward, Deceased,

                Plaintiff,

  -v-                                          1:05-CV-938

THE UNITED STATES,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| BASCH & KEEGAN, LLP<br>Attorneys for Plaintiff<br>307 Clinton Avenue<br>P.O. Box 4235<br>Kingston, NY 12402 | ELI B. BASCH, ESQ. |
| HON. GLENN T. SUDDABY<br>United States Attorney for the<br>Northern District of New York<br>218 James T. Foley U.S. Courthouse<br>Room 231<br>445 Broadway<br>Albany, NY 12207-2924 | DIANE J. CAGINO, ESQ.<br>Ass't United States Attorney |

DAVID N. HURD
United States District Judge

## **O R D E R**

      Upon due consideration of the submissions of the defendant in support of its motion for summary judgment, and the plaintiff not having responded to such motion, defendant has established that there is no genuine issue of fact for trial and it is entitled to summary judgment. Accordingly, it is

ORDERED that the United States' motion for summary judgment is GRANTED and the complaint is DISMISSED in its entirety.

The Clerk of the Court is directed to enter judgment accordingly.

IT IS SO ORDERED.

Dated: December 22, 2006
Utica, New York.

_____
United States District Judge