# United States District Court
## Northern District of New York

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 1:05-CV-938 (DNH)(DRH)

**RITA WARD as the Administratrix of the Estate of William F. Ward, Deceased**

- v -

**THE UNITED STATES**

[ ]    Jury verdict. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[xx]    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the United States' motion for summary judgment is GRANTED, and the complaint is DISMISSED in its entirety, in accordance with the Order of the Honorable David N. Hurd, United States District Judge, filed on December 22, 2006.

December 22, 2006
_____
**DATE**

_Lawrence K. Baerman_ (signature)
Clerk of Court

     C. Mergenthaler
   **(BY) DEPUTY CLERK**

**Entered and served on 12/22/06**